In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-20-00009-CV**

**GABRIEL RODRIGUEZ LOPEZ, Appellant**

**V.**

**ERIC WAYNE PHILLIPS, Appellee**

---

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-202,419**

---

**MEMORANDUM OPINION**

Appellant, Gabriel Rodriguez Lopez, filed a motion to dismiss this appeal. In his motion, Lopez represents the parties have reached an agreement that resolved their dispute. He filed the motion voluntarily and before this Court resolved his appeal. *See* Tex. R. App. P. 42.1(a)(1). There are no other parties to the appeal. For these reasons, we grant Lopez's motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on September 2, 2020
Opinion Delivered September 3, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.